**Order issued March 19, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00474-CV

_____

**RSM PRODUCTION CORPORATION AND JACK GRYNBERG,**
**Appellants**

**V.**

**GLOBAL PETROLEUM GROUP, LTD., TRICON GEOPHYSICS, INC.,**
**SEABIRD EXPLORATION AMERICAS, INC., AND BLACKWATER**
**SUBSEA, LLC, Appellees**

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-74337**

---

## MEMORANDUM ORDER

Appellants, RSM Production Corporation and Jack Grynberg, have filed two

unopposed motions to dismiss their appeal against appellees, Tricon Geophysics,

Inc., Blackwater Subsea, LLC, and Seabird Exploration Americas, Inc. *See* TEX. R.

APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1). Appellants contend that they have settled their claims with these appellees and, thus, they move to dismiss their appeal. *See* TEX. R. APP. P. 42.1(a)(1). Ten days have passed without a response, and no opinion has issued. *See* TEX. R. APP. P. 10.3(a), 42.1(a)(1), (c).

Accordingly, we grant appellants' motions and dismiss their appeal against appellees, Tricon Geophysics, Inc., Blackwater Subsea, LLC, and Seabird Exploration Americas, Inc. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Appellants' appeal against appellee, Global Petroleum Group, Ltd., remains pending. *See* TEX. R. APP. P. 42.1(b).

**PER CURIAM**

Panel consists of Justices Keyes, Lloyd, and Hightower.